UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMONWEALTH OF MASSACHUSETTS, *ex rel.* MARY HAGARTY<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLEFIRST HOMECARE AND HOSPICE OF MASSACHUSETTS, LLC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 14-cv-12407-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

This Court, having considered the Voluntary Dismissal filed by the relator Mary Hagarty and the consent thereto filed by the United States and the Commonwealth of Massachusetts, hereby Orders that the matter of *United States and the Commonwealth of Massachusetts ex rel. Hagarty v. Peoplefirst Homecare and Hospice of Massachusetts, LLC*, Docket No. 14-cv-12407-NMG, and all claims alleged therein against Peoplefirst Homecare and Hospice of Massachusetts LLC are dismissed with prejudice to the relator and without prejudice to the United States and the Commonwealth of Massachusetts, respectively.

SO ORDERED THIS 14th DAY OF October, 2016.

_____
Nathaniel M. Gorton
United States District Judge